**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| ARTURO RAFAEL ACOSTA PARABAVIRE, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 2:26-cv-02731-SHL-atc |
| CHRISTOPHER BULLOCK, Field Office Director of U.S. Immigration and Customs Enforcement, New Orlean Field Office, | ) ) ) ) ) | |
| Respondent. | ) | |

**ORDER DENYING PETITION**

On June 22, 2026, pro se Petitioner Arturo Rafael Acosta Parabavire filed the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.[1]  (ECF No. 1.)  Acosta Parabavire, a citizen of Venezuela, has resided in the United States continuously since August 2023.  (Id. at PageID 3; ECF No. 10 at PageID 29.)  He challenges his detention without "an individualized bond hearing before an immigration judge."  (Id. at PageID 3.)  He seeks a bond hearing or immediate release from Respondent's custody.  (Id. at PageID 4.)  Respondent responded on July 6.  (ECF No. 10.)  Petitioner replied on July 14.  (ECF No. 11.)

Respondent makes several arguments for denying the Petition, not all of which are meritorious.  (ECF No. 10 at PageID 30–34.)  But Respondent's final argument is dispositive here: the Laken Riley Act requires Respondent to detain Petitioner because he "was arrested in Madison County, Tennessee for the offense of shoplifting" on May 23, 2026.  (Id. at Page ID 34;

---

[1] Along with the Petition, Acosta Parabavire filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction.  (ECF No. 2).  That motion requests relief coterminous with the relief sought in the Petition.  Therefore, in the interest of judicial economy, that motion is **DENIED AS MOOT**.

ECF No. 10-2 at PageID 43.)  Petitioner does not mention his arrest in his reply, but it is fatal to his habeas corpus Petition.  Because Congress decided that a noncitizen in Petitioner's position must be detained, Petitioner cannot argue that his detention is unlawful.  See 8 U.S.C. § 1226(c)(1)(E)(2) ("The Attorney General shall take into custody any alien who . . . is arrested for . . . shoplifting . . . .").  Accordingly, the Petition is **DENIED**.

  **IT IS SO ORDERED,** this 17th day of July, 2026.

       s/ Sheryl H. Lipman       
       SHERYL H. LIPMAN
       CHIEF UNITED STATES DISTRICT JUDGE